IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                    )
                                     )    2:11-cv-03461-GEB-EFB
              Plaintiff,             )
                                     )    ORDER CONTINUING STATUS
         v.                          )    (PRETRIAL SCHEDULING)
                                     )    CONFERENCE
Armando Francisco Madrigal,          )
Individually and d/b/a Best          )
Choice Auto; Daniel S. Martin;       )
Janet Martin,                        )
                                     )
              Defendants.            )
_____    )

          Plaintiff states in his Status Report filed March 26, 2012,
that he "has filed a Request for Clerk's Entry of Default as to all
Defendants and anticipates a Motion for Default date in July 2012." (ECF
No. 8, 3:12-14.)

          Plaintiff shall file a motion for entry of default judgment
before the Magistrate Judge within forty-five (45) days of the date on
which this Order is filed. If Plaintiff fails to timely file the motion,
Plaintiff shall show cause in writing no later than May 18, 2012, why
this action should not be dismissed for failure of prosecution.

          Further, the status conference scheduled for hearing on April
9, 2012, is continued to commence at 9:00 a.m. on October 1, 2012. A
status report shall be filed fourteen (14) days prior to the status

1

conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  March 28, 2012

GARLAND E. BURRELL, JR.
United States District Judge